# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

ALEXANDER T. SMITH,  )
               Petitioner,  )     CIVIL ACTION NO.: CV513-018
)
vs.  )
)
CEDRIC TAYLOR,  )
               Respondent.  )

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Smith states he "is requesting the opportunity to file proper forms to exhaust his state remedies. [Smith] made it clear in view of the court of how his conviction were [sic] unconstitutional and the miscarriage of justice error shown." (Doc. No. 22, p. 1).

The undersigned concurs with the Magistrate Judge that "Smith has failed to exhaust his state remedies." (Doc. No. 20, p. 3). This Court cannot grant Smith permission to complete the appellate process in state court. Smith's ability to seek review in the state courts is not a federal matter. If Smith wishes to exhaust his state remedies, he should file the appropriate documents in the state courts.

Based on the foregoing, Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Smith's petition for writ of habeas corpus is **DISMISSED**, without prejudice. The Clerk is authorized to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 1 day of October, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA